# MEMORANDUM DECISIONS.

ABORN et al. v. JANIS et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Milton Aborn and others against Elsie Janis and others. No opinion. Motion denied. Order filed.

ABORN et al., Appellants, v. JANIS et al., Respondents. (Supreme. Court, Appellate Division, First Department. November 22, 1907.) Action by Milton Aborn and others against Elsie Janis and others. A. Gross, for appellants. N. Burkan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ADAMS et al., Respondents, v. ELWOOD et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by Mary Ann Adams and another, as executors, etc., of Walter Adams, deceased, against George A. Elwood and another. No opinion. Motion to punish for contempt denied, without costs, with leave to renew, if so advised.

ADAMS et al., Respondents, v. ELWOOD et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 23, 1907.) Action by Mary Ann Adams and another, as executors, etc., of Walter Adams, deceased, against George A. Elwood and another. No opinion. Motion for stay granted, with costs.

AGRESTA, Appellant, v. STEVENSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Anna Agresta, as administratrix, etc., of Gaetano Agresta, deceased, against William Stevenson and another. No opinion. Judgment and order unanimously affirmed, with costs. See 112 App. Div. 367, 98 N. Y. Supp. 594.

ALLING, Respondent, v. HIRSCHBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by Howard W. Alling against Henry Hirschberg. No opinion. Order affirmed, with $10 costs and disbursements.

AMERICAN BRASS & COPPER CO., Respondent, v. BERNZ, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by the American Brass & Copper Company against Otto Bernz. L. O. Van Doren, for appellant. O. Powell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AMERICAN FIDELITY CO., Appellant, v. WHITE, Respondent. (Supreme Court, Appellate Division, Fourth Department. Sept. 25, 1907.) Action by the American Fidelity Company against William F. White. No opinion. Motion to dismiss appeal denied. This being a nonenumerated motion, it was unnecessary to file and serve points before the argument, under rule 9 of this department.

AMERICAN ICE CO., Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by the American Ice Company against the city of New York and another. A. Stickney, for appellant. T. Connoly, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re ANDERSON. (Supreme Court, Appellate Division, First Department. November 15, 1907.) In the matter of William H. Anderson. No opinion. Motion granted, with $10 costs. Order filed.

ARNOLD, Respondent, v. NATIONAL STARCH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by Anna Arnold, an infant, etc., against the National Starch Company. No opinion. Motion to amend order of reversal herein denied, without costs. See 105 N. Y. Supp. 420.

ARNSTEIN et al., Respondents, v. SIEGEL et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Emanuel Arnstein and others against Moses I. Siegel and others. G. W. Glaze, for appellants. M. D. Steuer, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ARTHUR, Appellant, v. ATWELL, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Daniel V. Arthur against Roy Atwell. W. R. Wilder, for appellant. N. G. Goldberger, for respondent. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. CLARKE and LAMBERT, JJ., dissent.

ASH, Respondent, v. ULSTER & D. R. Co., Appellant. (Supreme Court, Appellate Division, Third Department. November 27, 1907.) Action by Robert H. Ash against the Ulster & Delaware Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.